IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDRICK NORRIS,**
**ADC #095167**                                                                                                      **PLAINTIFF**

v.                   Case No. 4:21-cv-00825-KGB-ERE

**CULELAGER,** *et al.*
                                                                                                                     **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition filed by United States Magistrate Judge Edie R. Ervin (Dkt. No. 5). Plaintiff Fredrick Norris timely filed an objection (Dkt. No. 6). Mr. Norris also filed a motion for status update (Dkt. No. 7). After careful consideration of the Recommended Disposition and Mr. Norris's objections, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 5). The Court grants the motion for status update (Dkt. No. 7).

The Court writes to address Mr. Norris's objections. In her Recommended Disposition, Judge Ervin screened Mr. Norris's complaint pursuant to 28 U.S.C. § 1915(a) (Dkt. No. 5). Judge Ervin found that Mr. Norris had no liberty interest at stake in connection with the challenged disciplinary proceedings (*Id.*, at 3). Judge Ervin therefore recommended that Mr. Norris's claims be dismissed without prejudice for failure to state a plausible claim that his procedural due process rights under the Fourteenth Amendment were violated (*Id.*). Mr. Norris takes issue with Judge Ervin's determination and submits a copy of the Arkansas Department of Correction ("ADC") Inmate Disciplinary Manual 18-34 (Dkt. No. 6, at 6-89). Mr. Norris seems to admit that there is no ADC policy requiring camera footage to be reviewed at inmate disciplinary court proceedings

but maintains that "[m]ore procedural due process should have been available" (*Id.*, at 2).

Having reviewed the record *de novo*, along with Judge Ervin's Recommended Disposition and Mr. Norris's objections, and having considered the controlling law with respect to prisoner procedural due process claims, the Court disagrees with Mr. Norris's contention on this point.

The Court adopts the Recommended Disposition (Dkt. No. 5).  It is therefore ordered that:

1. The Court dismisses without prejudice Mr. Norris's claims (Dkt. No. 2).

2. The Court grants Mr. Norris's motion for status update and directs the Clerk of Court to mail to Mr. Norris a copy of the docket sheet in this case (Dkt. No. 7), along with a copy of this Order.

3. The Court certifies pursuant to 28 U.S.C. § 1915(a) that an *in forma pauperis* appeal taken from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 30th day of August, 2022.

_____
Kristine G. Baker
United States District Judge