**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**FREDRICK NORRIS,**
**ADC #095167**                                                                      **PLAINTIFF**

v.                       Case No. 4:21-cv-00825-KGB-ERE

**CULELAGER,** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Fredrick Norris's complaint is dismissed without prejudice.

It is so adjudged this 30th day of August, 2022.

_____
Kristine G. Baker
United States District Judge